IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL PHILIP KAUFMAN, | § § § | |
| Plaintiff, | § | Case No. 1:25-cv-001082-RP |
| v. | § § | |
| ZOHO CORPORATION, | § § § | |
| Defendant. | § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Zoho Corporation ("Zoho"), without waiving any defenses described or referred to in Federal Rule of Civil Procedure 12, hereby moves the Court to extend the time within which Defendant is required to move, answer, or otherwise respond to Plaintiff's Complaint. In support of its Motion, Defendant states as follows:

On July 11, 2025, Plaintiff Michael Philip Kaufman ("Kaufman") filed his Complaint alleging patent infringement against Defendant. Dkt. 1. Zoho was served on July 15, 2025. Dkt. 6. On July 22, counsel for Plaintiff and Defendant met and conferred and Plaintiff agreed to a thirty-day extension. With the thirty-day extension, Defendant's time to move, answer, or otherwise respond to the Complaint is extended until September 4, 2025.

Defendant's agreement with Plaintiffs should not be construed as a waiver of any other rights or defenses, including, for instance, Defendant's right to file counterclaims, assert affirmative defenses, or move to dismiss the Amended Complaint.

WHEREFORE, Defendant respectfully requests that the time in which it is required to move, answer, or otherwise respond to Plaintiff's Complaint be extended by thirty days, up to and including September 4, 2025.

Respectfully submitted,

Dated: July 23, 2025

*/s/ Darryl J. Adams*
Darryl J. Adams (Texas Bar No. 00796101)
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Ste. 1650
Austin, TX 78701
Tel: 512.402.3562
Email: dadams@sgbfirm.com

*Counsel for Defendant Zoho Corporation*

- 3 -

## CERTIFICATE OF SERVICE

I certify that on July 23, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/  *Darryl J. Adams*
Darryl J. Adams