IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **MICHAEL PHILIP KAUFMAN,** | § § § | |
| Plaintiff, | § | Case No. 1:25-cv-001082-RP |
| v. | § § | |
| **ZOHO CORPORATION,** | § § | |
| Defendant. | § § | |

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO MOVE, ANSWER, OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT

Before the Court is Defendant Zoho Corporation's Unopposed Motion for Extension of Time to Move, Answer, or Otherwise Respond to Plaintiff's Complaint. After consideration of said unopposed motion, the Court finds that it is well-taken and should be GRANTED.

IT IS THEREFORE ORDERED that Defendant has up to and including September 4, 2025 to move, answer, or otherwise respond to Plaintiff's Amended Complaint.

SIGNED ON _____, 2025

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE