UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAEL PHILIP KAUFMAN,<br><br>              Plaintiff,<br><br>v.<br><br>ZOHO CORPORATION,<br><br>              Defendant. | Case No. 1:25-cv-001082-RP |

**DEFENDANT ZOHO CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Zoho Corporation ("Zoho"), through its undersigned counsel, hereby submits the following corporate disclosure statement: Zoho is a privately held company owned by parent company Zoho Holdings LLC. No publicly held company beneficially owns 10% or more of Zoho's stock..

Dated: September 4, 2025

                            */s/ Phillip J. Haack*
                            Ryan J. Marton (*pro hac vice* forthcoming)
                            Hector J. Ribera (*pro hac vice* forthcoming)
                            Carolyn Chang (*pro hac vice* forthcoming)
                            Phillip J. Haack (CA 262060, admitted W.D. Tex.)
                            MARTON RIBERA SCHUMANN & CHANG LLP
                            548 Market Street, Suite 36117
                            San Francisco, CA 94104
                            Telephone:  (415) 360-2515
                            Email:       ryan@martonribera.com
                                               hector@martonribera.com
                                               carolyn@martonribera.com
                                               phaack@martonribera.com

                            Darryl J. Adams (Texas Bar No. 00796101)
                            SLAYDEN GRUBERT BEARD PLLC
                            401 Congress Ave., Ste. 1650
                            Austin, TX 78701
                            Tel: 512.402.3562

2

Email: dadams@sgbfirm.com

*Counsel for Defendant Zoho Corporation*

3

## CERTIFICATE OF SERVICE

I certify that on September 4, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

/s/   Phillip J. Haack
Phillip J. Haack