IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAEL PHILIP KAUFMAN, § | |
| Plaintiff, § | |
| v. § | A-25-CV-1082-RP |
| § | |
| ZOHO CORPORATION, § | |
| Defendant. § | |

**ORDER**

Defendant moved to dismiss this case on September 5, 2025. Dkt. 8. Contrary to this court's local rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using <u>District Judge Robert Pitman's</u> latest form on or before **November 21, 2025.**[1]

SIGNED on November 7, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties may agree to modify Judge Pitman's form to suit the needs of this patent case.