IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|  |  |  |
|---|---|---|
| MICHAEL PHILIP KAUFMAN, | § § § | |
| Plaintiff, | § § | Case No. 1:25-cv-01082-RP |
| v. | § § | |
| ZOHO CORPORATION, | § § | |
| Defendant. | § § | |

## JOINT MOTION FOR ENTRY OF AMENDED SCHEDULING ORDER

Pursuant to Federal Rule of Civil Procedure 16, Plaintiff Michael Philip Kaufman ("Plaintiff" or "Kaufman") and Defendant Zoho Corporation ("Defendant" or "Zoho") (collectively, the "Parties") respectfully submit an Amended Proposed Agreed Scheduling Order, attached as Exhibit A.

On November 10, 2025, the Court issued an order requiring the Parties to submit a joint proposed scheduling order on or before November 21, 2025 (Dkt. No. 22). On November 21, 2025, the Parties submitted their joint proposed scheduling order (Dkt. No. 25). As of the date of this filing, the Court has not yet issued a scheduling order.

On December 2, 2025, Kaufman's lead counsel, Ronald Abramson, underwent non-elective surgery, the recovery period for which will be 4–6 weeks. As such, the Parties have agreed to amend their joint proposed scheduling order. A redline showing the differences between the Parties' November 21, 2025 and current joint proposed scheduling orders is attached as Exhibit B.

| | |
|---|---|
| Dated: December 2, 2025 | Respectfully submitted, |
| By: */s/ Gina K. Kim* | By: */s/ Ryan J. Marton* |
| Ronald Abramson (NY 1457126) (*pro hac vice*) | Ryan J. Marton (*pro hac vice*) |
| ron.abramson@listonabramson.com | Phillip J. Haack (CA 262060, admitted W.D. Tex.) |
| David G. Liston (NY 2642049) (*pro hac vice*) | |
| david.liston@listonabramson.com | MARTON RIBERA SCHUMANN & CHANG LLP |
| Ari J. Jaffess (NY 4621397) (*pro hac vice*) | 548 Market Street, Suite 36117 |
| ari.jaffess@listonabramson.com | San Francisco, CA 94104 |
| Alex G. Patchen (NY 4246021) (*pro hac vice*) | Telephone:   (415) 360-2515 |
| alex.patchen@listonabramson.com | Email:   ryan@martonribera.com |
| M. Michael Lewis (NY 4467007) (*pro hac vice*) |            phaack@martonribera.com |
| michael.lewis@listonabramson.com | |
| Gina K. Kim (Texas Bar No. 24097937) | Darryl J. Adams (Texas Bar No. 00796101) |
| gina.kim@listonabramson.com | SLAYDEN GRUBERT BEARD PLLC |
| **Liston Abramson LLP** | 401 Congress Ave., Ste. 1650 |
| The Chrysler Building | Austin, TX 78701 |
| 405 Lexington Avenue, 46th Floor | Tel: 512.402.3562 |
| New York, NY 10174 | Email: dadams@sgbfirm.com |
| 212-257-1630 | |
| | Counsel for Defendant Zoho Corporation |
| Wasif H. Qureshi (Texas Bar No. 24048155) | |
| wqureshi@jw.com | |
| **Jackson Walker LLP** | |
| 1401 McKinney, Suite 1900 | |
| Houston, Texas 77010 | |
| Telephone: (713) 752-4521 | |
| | |
| **COUNSEL FOR PLAINTIFF MICHAEL PHILIP KAUFMAN** | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on December 2, 2025.

By: */s/ Gina K. Kim*
    Gina K. Kim

2