IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL PHILIP KAUFMAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:25-CV-01082-RP |
| ZOHO CORPORATION, | § § § | |
| Defendant. | § § | |

**NOTICE CONCERNING REFERENCE TO**
**UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, Plaintiff Michael Philip Kaufman, through his undersigned counsel,

\_\_\_ consents to having a United States Magistrate Judge preside over the trial in this case.

 X  declines to consent to trial before a United States Magistrate Judge.

Dated: January 6, 2026  Respectfully submitted,

By: /s/ *Ronald Abramson*
Ronald Abramson (NY 1457126) (*pro hac vice*)
ron.abramson@listonabramson.com
David G. Liston (NY 2642049) (*pro hac vice*)
david.liston@listonabramson.com
Ari J. Jaffess (NY 4621397) (*pro hac vice*)
ari.jaffess@listonabramson.com
Alex G. Patchen (NY 4246021) (*pro hac vice*)
alex.patchen@listonabramson.com
M. Michael Lewis (NY 4467007) (*pro hac vice*)
michael.lewis@listonabramson.com
Gina K. Kim (Texas Bar No. 24097937)
gina.kim@listonabramson.com
**Liston Abramson LLP**
The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, NY 10174
212-257-1630

Wasif H. Qureshi (Texas Bar No. 24048155)
wqureshi@jw.com
**Jackson Walker LLP**
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4521

**COUNSEL FOR PLAINTIFF MICHAEL PHILIP KAUFMAN**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on January 6, 2026.

By: /s/ *Gina K. Kim*
    Gina K. Kim