IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL PHILIP KAUFMAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § § | 1:25-CV-01082-RP |
| ZOHO CORPORATION, | § § § | |
| Defendant. | § § | |

**NOTICE CONCERNING REFERENCE TO UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and the Local Rules of the United States District Court for the Western District of Texas, the following party     Zoho Corporation

through counsel     Phillip Haack, MARTON RIBERA SCHUMANN & CHANG LLP

___ consents to having a United States Magistrate Judge preside over the trial in this case.

 X  declines to consent to trial before a United States Magistrate Judge.

Respectfully submitted,

By: /s/ Phillip J. Haack
Ryan J. Marton (*pro hac vice* admitted)
Phillip J. Haack (CA 262060, admitted W.D. Tex.)
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515
Email:   ryan@martonribera.com
         phaack@martonribera.com

Darryl J. Adams (Texas Bar No. 00796101)
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Ste. 1650
Austin, TX 78701
Tel: 512.402.3562
Email: dadams@sgbfirm.com

Counsel for Defendant Zoho Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on January 6, 2026.

                    By:    /s/ *Phillip J. Haack*
                              Phillip J. Haack