IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAEL PHILIP KAUFMAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ZOHO CORPORATION,<br><br>　　　　Defendant. | §<br>§<br>§<br>§<br>§   Case No. 1:25-cv-01082-RP<br>§<br>§<br>§<br>§<br>§<br>§ |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT TO SUBSTITUTE PARTIES AND CORRECT CASE CAPTION**

Before the Court is Plaintiff Michael Philip Kaufman's ("Kaufman") Unopposed Motion for Leave to Amend the Complaint to Substitute Parties and Correct the Case Caption (the "Motion"). Having considered the Motion and the record, the Court finds good cause to grant the relief sought in the Motion. It is hereby **ORDERED** that:

(1)　The Motion is **GRANTED**;

(2)　Zoho Technologies Corporation is substituted as the Defendant in this lawsuit and Zoho Corporation is dismissed;

(3)　The Clerk shall **FILE** and **DOCKET** the Amended Complaint submitted as Exhibit A to the Motion effective as of the date of this Order; and

(4)　Defendant Zoho Technologies Corporation has fourteen (14) days from the date of this Order to refile its Motion to Dismiss under Defendant Zoho Technologies Corporation's name.

SIGNED on _____, 20_____.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE