IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL PHILIP KAUFMAN, | § § § § | |
| Plaintiff, | § § | |
| v. | § § § | Case No. 1:25-cv-01082-RP |
| ZOHO TECHNOLOGIES CORPORATION, | § § | |
| Defendant. | § § § | |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Pursuant to Federal Rule of Civil Procedure 26(c), Plaintiff Michael Philip Kaufman ("Plaintiff" or "Kaufman") and Defendant Zoho Technologies Corporation ("Defendant" or "Zoho") (collectively, the "Parties") hereby jointly move the Court for entry of a proposed Protective Order, attached as Exhibit A.

Dated: May 5, 2026

Respectfully submitted,

By: */s/ Alex G. Patchen* (with permission)
Ronald Abramson (NY 1457126, *pro hac vice*)
ron.abramson@listonabramson.com
David G. Liston (NY 2642049, *pro hac vice*)
david.liston@listonabramson.com
Ari J. Jaffess (NY 4621397, *pro hac vice*)
ari.jaffess@listonabramson.com
Alex G. Patchen (NY 4246021, *pro hac vice*)
alex.patchen@listonabramson.com
M. Michael Lewis (NY 4467007, *pro hac vice*)
michael.lewis@listonabramson.com
Gina K. Kim (Texas Bar No. 24097937)
gina.kim@listonabramson.com
**Liston Abramson LLP**
The Chrysler Building

By: */s/ Phillip J. Haack*
Ryan J. Marton (CA 262060 (*pro hac vice*)
Phillip J. Haack (CA 262060, admitted W.D. Tex.)
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone:    (415) 360-2515
Email:   ryan@martonribera.com
            phaack@martonribera.com

Darryl J. Adams (Texas Bar No. 00796101)
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Ste. 1650
Austin, TX 78701
Tel: 512.402.3562

1

405 Lexington Avenue, 46th Floor
New York, NY 10174
212-257-1630

Wasif H. Qureshi (Texas Bar No. 24048155)
wqureshi@jw.com
**Jackson Walker LLP**
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4521

**COUNSEL FOR PLAINTIFF MICHAEL PHILIP KAUFMAN**

Email: dadams@sgbfirm.com

*Counsel for Defendant Zoho Technologies Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing is being served on the

counsel of record via the CM/ECF system on <u>May 5, 2026</u>.


By:    <u>*/s/ Phillip J. Haack*</u>
         Phillip J. Haack

1