IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL PHILIP KAUFMAN, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | Case No. 1:25-cv-01082-RP |
| ZOHO TECHNOLOGIES CORPORATION, | § § § | |
| Defendant. | § § | |

**<u>JOINT REPORT ON ALTERNATIVE DISPUTE RESOLUTION</u>**

Pursuant to Local Rule CV-88 and the Scheduling Order entered by the Court (Dkt. No. 32), Plaintiff Michael Philip Kaufman ("Plaintiff" or "Kaufman") and Defendant Zoho Technologies Corporation ("Defendant" or "Zoho") (collectively, the "Parties") jointly submit the following report on alternative dispute resolution ("ADR"). The undersigned counsel report to the Court as follows:

**1.      Status of Settlement Negotiations**

Kaufman submitted a written offer of settlement to Zoho on June 23, 2026, and Zoho responded on July 1, 2026. The Parties anticipate that further discussions will occur as the case continues to progress.

**2.      Appropriateness of ADR at This Time**

At this time, the Parties have not made the determination that this case should be submitted to ADR. However, if the Parties deem ADR appropriate, they will engage in private mediation. Pursuant to Local Rule CV-88, the Parties will complete the ADR proceedings or otherwise request exemption from ADR no later than July 22, 2027, which is 60 days before the current trial setting of September 20, 2027.

Dated: July 21, 2026

By: */s/ Ronald Abramson*
Ronald Abramson (NY 1457126) (*pro hac vice*)
ron.abramson@listonabramson.com
David G. Liston (NY 2642049) (*pro hac vice*)
david.liston@listonabramson.com
Ari J. Jaffess (NY 4621397) (*pro hac vice*)
ari.jaffess@listonabramson.com
Alex G. Patchen (NY 4246021) (*pro hac vice*)
alex.patchen@listonabramson.com
M. Michael Lewis (NY 4467007) (*pro hac vice*)
michael.lewis@listonabramson.com
Gina K. Kim (Texas Bar No. 24097937)
gina.kim@listonabramson.com
**Liston Abramson LLP**
The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, NY 10174
212-257-1630

Wasif H. Qureshi (Texas Bar No. 24048155)
wqureshi@jw.com
**Jackson Walker LLP**
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4521

**COUNSEL FOR PLAINTIFF MICHAEL PHILIP KAUFMAN**

Dated: July 21, 2026

By: */s/ Ryan J. Marton*
Ryan J. Marton (*pro hac vice*)
Phillip J. Haack (CA 262060, admitted W.D. Tex.)
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone:        (415) 360-2515
Email:      ryan@martonribera.com
                phaack@martonribera.com

Darryl J. Adams (Texas Bar No. 00796101)
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Ste. 1650
Austin, TX 78701
Tel: 512.402.3562
Email: dadams@sgbfirm.com

Counsel for Defendant Zoho Technologies
Corporation

2

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served on the

counsel of record via the CM/ECF system on July 21, 2026.

By: */s/ Gina K. Kim*
Gina K. Kim