AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| MICHAEL PHILIP KAUFMAN | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:25-cv-001082-RP |
| ZOHO TECHNOLOGIES CORPORATION | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ZOHO TECHNOLOGIES CORPORATION                                                            .

Date:     08/07/2026

/s/ Valerie K. Barker
*Attorney's signature*

Valerie K. Barker (TX Bar No. 24087141)
*Printed name and bar number*

MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104

*Address*

valerie@martonribera.com
*E-mail address*

(415) 360-2515
*Telephone number*

*FAX number*