# Exhibit B

PATENTS
MPK001USC5

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | |
|---|---|---|
| Inventors | : | Michael Philip Kaufman et al. |
| Application No. | : | 16/034,696 Confirmation No.: 5977 |
| Filed | : | July 13, 2018 |
| For | : | SYSTEMS AND METHODS FOR AUTOMATICALLY GENERATING USER INTERFACE ELEMENTS FOR COMPLEX DATABSES |
| Art Unit | : | 2162 |
| Examiner | : | Shahid Al Alam |

Brooklyn, New York 11201
November 16, 2020

Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450

REPLY TO NON-FINAL OFFICE ACTION

Sir:

This is in response to the Non-Final Office Action mailed June 15, 2020 (hereinafter “the Office Action”). Applicant hereby responds as follows:

**Amendments to the Specification** begin on page 2 of this paper;

**Amendments to the Claims** are reflected in the listing of claims that begins on page 5 of this paper; and

**Remarks** begin on page 10 of this paper.

Amendments to the Specification

Please amend paragraph [0002] as follows:

REFERENCE TO COMPUTER PROGRAM LISTING

**[0002]** The computer program listing appendix submitted on two compact discs in parent U.S. Patent Application No. 14/324,414 is hereby incorporated by reference. The content of the compact discs ~~contain the following directory structure:~~ has been submitted to the United States Patent and Trademark Office via EFS-Web as a computer program listing appendix in text format.

5

| File Name and Path | Date of Creation | Size in Bytes |
|---|---|---|
| PROV 2001 SRC/AUBFACOLD/AddEditForm.jsp | Mar. 15, 2001 | 24,564 |
| PROV 2001 SRC/AUBFACOLD/Browse.jsp | Mar. 16, 2001 | 23,739 |
| PROV 2001 SRC/AUBFACOLD/DoAddEdit.jsp | Jul. 2, 2014 | 11,312 |
| PROV 2001 SRC/AUBFACOLD/DoViewGenerator.jsp | Mar. 14, 2001 | 1,686 |
| PROV 2001 SRC/AUBFACOLD/Error500.jsp | Mar. 14, 2001 | 3,337 |
| PROV 2001 SRC/AUBFACOLD/ExpiredSession.jsp | Mar. 14, 2001 | 3,625 |
| PROV 2001 SRC/AUBFACOLD/OutOfSequence.jsp | Mar. 14, 2001 | 3,610 |
| PROV 2001 SRC/AUBFACOLD/showSession.jsp | Mar. 14, 2001 | 5,032 |
| PROV 2001 SRC/AUBFACOLD/common/EmptyParentCheck.jsp | Mar. 14, 2001 | 568 |
| PROV 2001 SRC/AUBFACOLD/common/EntryPoints.jsp | Mar. 15, 2001 | 159 |
| PROV 2001 SRC/AUBFACOLD/common/GlobalFooter.jsp | Mar. 14, 2001 | 89 |
| PROV 2001 SRC/AUBFACOLD/common/GlobalHeaderHTML.jsp | Mar. 14, 2001 | 8,230 |
| PROV 2001 SRC/AUBFACOLD/common/GlobalHeaderVARS.jsp | Mar. 14, 2001 | 528 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/classes/[illegible]debug.java | Mar. 14, 2001 | 1,248 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/classes/dbUtils/CustomCaps.java | Mar. 14, 2001 | 231 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/classes/dbUtils/CustomDrillDown.java | Mar. 14, 2001 | 1,215 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/classes/dbUtils/CustomDropDown.java | Mar. 14, 2001 | 1,237 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/classes/dbUtils/CustomDropDownComponent.java | Mar. 14, 2001 | 868 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/classes/dbUtils/DataDictionary.java | Mar. 14, 2001 | 3,760 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/classes/dbUtils/DataDictionaryServlet.java | Mar. 14, 2001 | 5,844 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/classes/dbUtils/DataDictionaryTD.java | Mar. 14, 2001 | 8,238 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/classes/dbUtils/MasterDetail.java | Mar. 14, 2001 | 2,412 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/classes/dbUtils/MasterDetailServlet.java | Mar. 14, 2001 | 3,547 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/classes/dbUtils/SQLUtil.java | Mar. 14, 2001 | 1,690 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/classes/dbUtils/TableDescriptor.java | Mar. 14, 2001 | 19,181 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/classes/dbUtils/ViewGenerator.java | Mar. 15, 2001 | 18,520 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/classes/HTMLUtils/TableDescriptorDisplay.java | Mar. 15, 2001 | 36,692 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/sessionUtils/ManageSession.java | Mar. 14, 2001 | 1,248 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/sessionUtils/StackElement.java | Mar. 14, 2001 | 4,691 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/sessionUtils/StackTag.java | Mar. 15, 2001 | 7,282 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/sessionUtils/StackTagExtraInfo.java | Mar. 14, 2001 | 640 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/taglib/DisplayStack.tld | Mar. 13, 2001 | 455 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/taglib/viewstack.tld | Mar. 13, 2001 | 452 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/taglib/Stack.tld | Mar. 13, 2001 | 1,112 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/taglib/view.tld | Mar. 13, 2001 | 839 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/tagUtils/ViewTag.java | Mar. 14, 2001 | 2,373 |
| PROV 2001 SRC/AUBFACOLD/WEB-INF/tagUtils/ViewTagExtraInfo.java | Mar. 14, 2001 | 683 |
| PROV 2001 SRC/SQL/create-column-comments.sql | Mar. 16, 2001 | 1,035 |
| PROV 2001 SRC/SQL/create-indexes.sql | Mar. 15, 2001 | 18,492 |
| PROV 2001 SRC/SQL/create-procedures.sql | Mar. 15, 2001 | 809 |
| PROV 2001 SRC/SQL/create-sequences.sql | Mar. 15, 2001 | 2,730 |
| PROV 2001 SRC/SQL/create-tables.sql | Mar. 15, 2001 | 15,582 |
| PROV 2001 SRC/SQL/create-table-comments.sql | Mar. 16, 2001 | 3,581 |
| PROV 2001 SRC/SQL/create-views.sql | Mar. 15, 2001 | 851 |
| PROV 2001 SRC/SQL/generate-indexes.sql | Mar. 16, 2001 | 330 |
| TextFiles/e-r-a.sql | Oct. 31, 2000 | 697 |
| TextFiles/e-p.sql | Oct. 31, 2000 | 286 |
| TextFiles/e-s.sql | Oct. 31, 2000 | 1,291 |
| TextFiles/e-t.sql | Oct. 31, 2000 | 4,803 |
| TextFiles/e-t-u.sql | Oct. 31, 2000 | 558 |

-continued

| File Name and Path | Date of Creation | Size in Bytes |
|---|---|---|
| TextFiles/create-column comments.sql | Oct. 31, 2000 | 697 |
| TextFiles/create-procedures.sql | Oct. 31, 2000 | 288 |
| TextFiles/create-sequences.sql | Oct. 31, 2000 | 1,381 |
| TextFiles/create-tables.sql | Oct. 31, 2000 | 4,805 |
| TextFiles/create-table comments.sql | Oct. 31, 2000 | 358 |
| TextFiles/javadoc.zip | Oct. 31, 2000 | 28,015 |
| TextFiles/SQL1.PRN | Oct. 31, 2000 | 6,483 |
| TextFiles/TEMP.PRN | Oct. 31, 2000 | 7,887 |
| TextFiles/ACTFACXLD/AddEditForm.jsp | Oct. 31, 2000 | 38,207 |
| TextFiles/ACTFACXLD/Browse.jsp | Oct. 31, 2000 | 24,818 |
| TextFiles/ACTFACXLD/ChoAddEdit.jsp | Oct. 31, 2000 | 17,413 |
| TextFiles/ACTFACXLD/Excel.jsp | Oct. 31, 2000 | 2,529 |
| TextFiles/ACTFACXLD/DeleteSession.jsp | Oct. 31, 2000 | 4,893 |
| TextFiles/ACTFACXLD/CommonGlobalForm.jsp | Sep. 4, 2000 | 1 |
| TextFiles/ACTFACXLD/CommonGlobalHeaderHTML.jsp | Oct. 30, 2000 | 5,762 |
| TextFiles/ACTFACXLD/CommonGlobalHeaderVARS.jsp | Oct. 31, 2000 | 373 |
| TextFiles/ACTFACXLD/WEB-INF/web.xml | Oct. 28, 2000 | 4,731 |
| TextFiles/ACTFACXLD/WEB-INF/classes/db.properties | Oct. 31, 2000 | 1,221 |
| TextFiles/ACTFACXLD/WEB-INF/classes/dbUtils/CustomDrillDown.java | Oct. 31, 2000 | 1,038 |
| TextFiles/ACTFACXLD/WEB-INF/classes/dbUtils/DataDictionary.java | Oct. 31, 2000 | 4,216 |
| TextFiles/ACTFACXLD/WEB-INF/classes/dbUtils/DataDictionaryServlet.java | Oct. 31, 2000 | 3,059 |
| TextFiles/ACTFACXLD/WEB-INF/classes/dbUtils/DataDictionaryTD.java | Oct. 31, 2000 | 6,177 |
| TextFiles/ACTFACXLD/WEB-INF/classes/dbUtils/DBConnectionManager.java | Aug. 12, 2000 | 14,078 |
| TextFiles/ACTFACXLD/WEB-INF/classes/dbUtils/MasterDetail.java | Oct. 31, 2000 | 2,863 |
| TextFiles/ACTFACXLD/WEB-INF/classes/dbUtils/MasterDetailServlet.java | Oct. 31, 2000 | 3,649 |
| TextFiles/ACTFACXLD/WEB-INF/classes/dbUtils/SQLUtil.java | Oct. 12, 2000 | 787 |
| TextFiles/ACTFACXLD/WEB-INF/classes/dbUtils/TableDescriptor.java | Oct. 31, 2000 | 16,787 |
| TextFiles/ACTFACXLD/WEB-INF/classes/dbUtils/ViewGenerator.java | Oct. 12, 2000 | 13,530 |
| TextFiles/ACTFACXLD/WEB-INF/classes/HTMLUtils/TableDescriptorDisplay.java | Oct. 31, 2000 | 23,080 |
| TextFiles/ACTFACXLD/WEB-INF/sessionUtils/StackElement.java | Oct. 28, 2000 | 4,622 |
| TextFiles/ACTFACXLD/WEB-INF/sessionUtils/StackTag.java | Oct. 30, 2000 | 7,085 |
| TextFiles/ACTFACXLD/WEB-INF/sessionUtils/StackTagExtraInfo.java | Oct. 18, 2000 | 397 |
| TextFiles/ACTFACXLD/WEB-INF/tags/stack.tld | Oct. 30, 2000 | 1,078 |
| TextFiles/ACTFACXLD/WEB-INF/tags/view.tld | Oct. 27, 2000 | 808 |
| TextFiles/ACTFACXLD/WEB-INF/tagUtils/ViewTag.java | Oct. 27, 2000 | 2,088 |
| TextFiles/ACTFACXLD/WEB-INF/tagUtils/ViewTagExtraInfo.java | Oct. 27, 2000 | 671 |
| TextFiles/javadoc/doc/allclasses-frame.html | Oct. 31, 2000 | 2,281 |
| TextFiles/javadoc/doc/deprecated-list.html | Oct. 31, 2000 | 3,803 |
| TextFiles/javadoc/doc/help-doc.html | Oct. 31, 2000 | 7,327 |
| TextFiles/javadoc/doc/index-all.html | Oct. 31, 2000 | 45,124 |
| TextFiles/javadoc/doc/index.html | Oct. 31, 2000 | 789 |
| TextFiles/javadoc/doc/overview-frame.html | Oct. 31, 2000 | 1,228 |
| TextFiles/javadoc/doc/overview-summary.html | Oct. 31, 2000 | 4,557 |
| TextFiles/javadoc/doc/overview-tree.html | Oct. 31, 2000 | 6,950 |
| TextFiles/javadoc/doc/package-list | Oct. 31, 2000 | 44 |
| TextFiles/javadoc/doc/packages.html | Oct. 31, 2000 | 673 |
| TextFiles/javadoc/doc/serialized-form.html | Oct. 31, 2000 | 13,314 |
| TextFiles/javadoc/doc/stylesheet.css | Oct. 31, 2000 | 1,260 |
| TextFiles/javadoc/doc/dbUtils/CustomDrillDown.html | Oct. 31, 2000 | 10,618 |
| TextFiles/javadoc/doc/dbUtils/DataDictionary.html | Oct. 31, 2000 | 9,822 |
| TextFiles/javadoc/doc/dbUtils/DataDictionaryServlet.html | Oct. 31, 2000 | 12,203 |
| TextFiles/javadoc/doc/dbUtils/DataDictionaryTD.html | Oct. 31, 2000 | 13,479 |
| TextFiles/javadoc/doc/dbUtils/DBConnectionManager.html | Oct. 31, 2000 | 11,382 |
| TextFiles/javadoc/doc/dbUtils/MasterDetail.html | Oct. 31, 2000 | 8,248 |
| TextFiles/javadoc/doc/dbUtils/MasterDetailServlet.html | Oct. 31, 2000 | 12,231 |
| TextFiles/javadoc/doc/dbUtils/package-frame.html | Oct. 31, 2000 | 1,454 |
| TextFiles/javadoc/doc/dbUtils/package-summary.html | Oct. 31, 2000 | 5,828 |
| TextFiles/javadoc/doc/dbUtils/package-tree.html | Oct. 31, 2000 | 5,668 |
| TextFiles/javadoc/doc/dbUtils/SQLUtil.html | Oct. 31, 2000 | 8,563 |
| TextFiles/javadoc/doc/dbUtils/TableDescriptor.html | Oct. 31, 2000 | 32,049 |
| TextFiles/javadoc/doc/dbUtils/ViewGenerator.html | Oct. 31, 2000 | 10,364 |
| TextFiles/javadoc/doc/HTMLUtils/SqlBase.html | Oct. 31, 2000 | 9,075 |
| TextFiles/javadoc/doc/HTMLUtils/package-frame.html | Oct. 31, 2000 | 852 |
| TextFiles/javadoc/doc/HTMLUtils/package-summary.html | Oct. 31, 2000 | 4,694 |
| TextFiles/javadoc/doc/HTMLUtils/package-tree.html | Oct. 31, 2000 | 4,803 |
| TextFiles/javadoc/doc/HTMLUtils/TableDescriptorDisplay.html | Oct. 31, 2000 | 26,263 |
| TextFiles/javadoc/doc/sessionUtils/DisplayStackTag.html | Oct. 31, 2000 | 11,387 |
| TextFiles/javadoc/doc/sessionUtils/DisplayStackTagExtraInfo.html | Oct. 31, 2000 | 8,994 |
| TextFiles/javadoc/doc/sessionUtils/ManageSession.html | Oct. 31, 2000 | 9,587 |
| TextFiles/javadoc/doc/sessionUtils/package-frame.html | Oct. 31, 2000 | 1,153 |
| TextFiles/javadoc/doc/sessionUtils/package-summary.html | Oct. 31, 2000 | 5,388 |

-continued-

| File Name and Path | Date of Creation | Size in Bytes |
|---|---|---|
| TestFiles/Javadoc/doc/sessionUtils/package-tree.html | Oct. 31, 2000 | 5,375 |
| TestFiles/Javadoc/doc/sessionUtils/StackElement.html | Oct. 31, 2000 | 25,403 |
| TestFiles/Javadoc/doc/sessionUtils/StackTag.html | Oct. 31, 2000 | 17,793 |
| TestFiles/Javadoc/doc/sessionUtils/StackTagExtraInfo.html | Oct. 31, 2000 | 6,777 |
| TestFiles/Javadoc/doc/tagUtils/package-frame.html | Oct. 31, 2000 | 817 |
| TestFiles/Javadoc/doc/tagUtils/package-summary.html | Oct. 31, 2000 | 4,534 |
| TestFiles/Javadoc/doc/tagUtils/package-tree.html | Oct. 31, 2000 | 4,643 |
| TestFiles/Javadoc/doc/tagUtils/ViewTag.html | Oct. 31, 2000 | 10,815 |
| TestFiles/Javadoc/doc/tagUtils/ViewTagExtraInfo.html | Oct. 31, 2000 | 8,738 |
| TestFiles/source/AddEditForm.jsp | Oct. 31, 2000 | 25,843 |
| TestFiles/source/AEF.jsp | Oct. 31, 2000 | 25,843 |
| TestFiles/source/Browse.jsp | Oct. 31, 2000 | 24,916 |
| TestFiles/source/DAE.jsp | Oct. 31, 2000 | 17,411 |
| TestFiles/source/DoAddEdit.jsp | Oct. 31, 2000 | 17,411 |
| TestFiles/source/Error500.jsp | Oct. 31, 2000 | 3,525 |
| TestFiles/source/showSession.jsp | Oct. 31, 2000 | 4,803 |
| TestFiles/source/ss.jsp | Oct. 31, 2000 | 4,803 |
| TestFiles/source/TEMP.PRN | Oct. 31, 2000 | 38,622 |
| TestFiles/source/tree.jsp | Oct. 31, 2000 | 1,284 |
| TestFiles/source/common/gf.jsp | Sep. 4, 2000 | 1 |
| TestFiles/source/common/gfhtml.jsp | Oct. 30, 2000 | 5,762 |
| TestFiles/source/common/gfvars.jsp | Oct. 31, 2000 | 375 |
| TestFiles/source/common/GlobalFooter.jsp | Sep. 4, 2000 | 1 |
| TestFiles/source/common/GlobalHeaderHTML.jsp | Oct. 30, 2000 | 5,762 |
| TestFiles/source/common/GlobalHeaderVARS.jsp | Oct. 31, 2000 | 375 |
| TestFiles/source/common/TEMP.PRN | Oct. 31, 2000 | 6,563 |
| TestFiles/source/WEB-INF/TEMP.PRN | Oct. 31, 2000 | 12,509 |
| TestFiles/source/WEB-INF/web.xml | Oct. 28, 2000 | 4,731 |
| TestFiles/source/WEB-INF/classes/db.p | Oct. 31, 2000 | 1,221 |
| TestFiles/source/WEB-INF/classes/db.properties | Oct. 31, 2001 | 1,221 |
| TestFiles/source/WEB-INF/classes/TEMP.PRN | Oct. 31, 2001 | 7,434 |
| TestFiles/source/WEB-INF/classes/dbUtils/CDD.jav | Oct. 31, 2000 | 1,548 |
| TestFiles/source/WEB-INF/classes/dbUtils/CustomDrillDown.java | Oct. 31, 2000 | 1,548 |
| TestFiles/source/WEB-INF/classes/dbUtils/DataDictionary.java | Oct. 31, 2000 | 4,216 |
| TestFiles/source/WEB-INF/classes/dbUtils/DataDictionaryServlet.java | Oct. 31, 2000 | 5,650 |
| TestFiles/source/WEB-INF/classes/dbUtils/DataDictionaryTD.java | Oct. 31, 2000 | 6,177 |
| TestFiles/source/WEB-INF/classes/dbUtils/DBCMgr.jav | Aug. 12, 2000 | 14,078 |
| TestFiles/source/WEB-INF/classes/dbUtils/DBConnectionManager.java | Aug. 12, 2000 | 14,078 |
| TestFiles/source/WEB-INF/classes/dbUtils/DD.jav | Oct. 31, 2000 | 4,216 |
| TestFiles/source/WEB-INF/classes/dbUtils/DDS.jav | Oct. 31, 2000 | 5,650 |
| TestFiles/source/WEB-INF/classes/dbUtils/DDTD.jav | Oct. 31, 2000 | 6,177 |
| TestFiles/source/WEB-INF/classes/dbUtils/MasterDetail.java | Oct. 31, 2000 | 2,943 |
| TestFiles/source/WEB-INF/classes/dbUtils/MasterDetailServlet.java | Oct. 31, 2000 | 3,685 |
| TestFiles/source/WEB-INF/classes/dbUtils/MD.jav | Oct. 31, 2000 | 2,943 |
| TestFiles/source/WEB-INF/classes/dbUtils/MDS.jav | Oct. 31, 2000 | 3,685 |
| TestFiles/source/WEB-INF/classes/dbUtils/SQLUtil.jav | Oct. 12, 2000 | 753 |
| TestFiles/source/WEB-INF/classes/dbUtils/SQLUtil.java | Oct. 12, 2000 | 753 |
| TestFiles/source/WEB-INF/classes/dbUtils/TableDescriptor.java | Oct. 31, 2000 | 16,747 |
| TestFiles/source/WEB-INF/classes/dbUtils/TD.jav | Oct. 31, 2000 | 16,747 |
| TestFiles/source/WEB-INF/classes/dbUtils/TEMP.PRN | Oct. 31, 2000 | 22,154 |
| TestFiles/source/WEB-INF/classes/dbUtils/vg.jav | Oct. 12, 2000 | 13,510 |
| TestFiles/source/WEB-INF/classes/dbUtils/ViewGenerator.java | Oct. 12, 2000 | 13,510 |
| TestFiles/source/WEB-INF/classes/HTMLUtils/TableDescriptorDisplay.java | Oct. 31, 2000 | 23,980 |
| TestFiles/source/WEB-INF/classes/HTMLUtils/TDD.jav | Oct. 31, 2000 | 23,980 |
| TestFiles/source/WEB-INF/classes/HTMLUtils/TEMP.PRN | Oct. 31, 2000 | 39,689 |
| TestFiles/source/WEB-INF/classes/sessionUtils/SE.jav | Oct. 28, 2000 | 4,622 |
| TestFiles/source/WEB-INF/classes/sessionUtils/StackElement.java | Oct. 28, 2000 | 4,622 |
| TestFiles/source/WEB-INF/classes/sessionUtils/StackTag.jav | Oct. 30, 2000 | 7,645 |
| TestFiles/source/WEB-INF/classes/sessionUtils/StackTag.java | Oct. 30, 2000 | 7,645 |
| TestFiles/source/WEB-INF/classes/sessionUtils/StackTagExtraInfo.java | Oct. 18, 2000 | 397 |
| TestFiles/source/WEB-INF/classes/sessionUtils/STEI.jav | Oct. 18, 2000 | 397 |
| TestFiles/source/WEB-INF/classes/sessionUtils/TEMP.PRN | Oct. 31, 2000 | 6,603 |
| TestFiles/source/WEB-INF/tlds/stack.tld | Oct. 30, 2000 | 1,671 |
| TestFiles/source/WEB-INF/tlds/TEMP.PRN | Oct. 31, 2000 | 7,011 |
| TestFiles/source/WEB-INF/tlds/view.tld | Oct. 27, 2000 | 808 |
| TestFiles/source/WEB-INF/tagUtils/TEMP.PRN | Oct. 31, 2000 | 6,918 |
| TestFiles/source/WEB-INF/tagUtils/ViewTag.jav | Oct. 27, 2000 | 2,698 |
| TestFiles/source/WEB-INF/tagUtils/ViewTag.java | Oct. 27, 2000 | 2,698 |
| TestFiles/source/WEB-INF/tagUtils/ViewTagExtraInfo.java | Oct. 27, 2000 | 671 |
| TestFiles/source/WEB-INF/tagUtils/VTEI.jav | Oct. 27, 2000 | 671 |

Amendments to the Claims

This listing of claims will replace all prior versions and listings of claims in the application:

Listing of Claims:

1. (Cancelled)

2. (Previously Presented) A method for automatically generating a user interface, operating under control of a computer processor, for working with the data within a relational database, wherein the database is described by a data model comprising a plurality of tables, constraints, and relationships, and is stored within a relational database management system (RDBMS) accessible to the computer processor, the method comprising:

(a) scanning the database to determine the tables, constraints, and relationships of the data model;

(b) creating machine representations of the tables, constraints, and relationships; and

(c) constructing from the representations a corresponding client application that provides:

(i) a connection to the database;

(ii) displays for creating, retrieving, updating, and deleting data within one or more of the tables; and

(iii) mechanisms for representing, managing, and navigating the relationships between data records across related tables, wherein constructing the corresponding client application does not require any incremental human intervention on a per table basis.

3. (Previously Presented) The method of claim 2, wherein constructing the corresponding client application does not generate any table-specific code.

4. (Previously Presented) The method of claim 2, wherein constructing the corresponding client application does not generate any database-specific code.

5. (Previously Presented) A computer-implemented system for automatically generating a user interface for working with the data within a relational database, wherein the database is described by a data model comprising a plurality of tables, constraints, and relationships, and is stored within a relational database management system (RDBMS) accessible to a computer processor of a server, the server further comprising:

(a) machine-readable routines for scanning the database to determine the tables, constraints, and relationships of the data model;

(b) machine-readable routines for creating machine representations of the tables, constraints, and relationships; and

(c) machine-readable routines for constructing from the representations a corresponding client application that provides:

(i) a connection to the database;

(ii) displays for creating, retrieving, updating, and deleting data within one or more of the tables; and

(iii) mechanisms for representing, managing, and navigating the relationships between data records across related tables, wherein constructing the corresponding client

application does not require any incremental human intervention on a per table basis.

6. (Previously Presented) The system of claim 5, wherein constructing the corresponding client application does not generate any table-specific code.

7. (Previously Presented) The system of claim 5, wherein constructing the corresponding client application does not generate any database-specific code.

8. (Currently Amended) A non-transitory computer-readable storage medium containing a set of instructions for a general purpose computer, for automatically generating a user interface for working with the data within a relational database, wherein the database is described by a data model comprising a plurality of tables, constraints, and relationships, said set of instructions comprising:

(a) a routine for scanning the database to determine the tables, constraints, and relationships of the data model;

(b) a routine for creating machine representations of the tables, constraints, and relationships; and

(c) a routine for constructing from the representations a corresponding client application that provides:

(i) a connection to the database;

(ii) displays for creating, retrieving, updating, and deleting data within one or more of the tables; and

(iii) mechanisms for representing, managing, and navigating the relationships between data records across related tables, wherein constructing the corresponding client application does not require any incremental human intervention on a per table basis.

9. (Previously Presented) The computer-readable medium of claim 8, wherein constructing the corresponding client application does not generate any table-specific code.

10. (Previously Presented) The computer-readable medium of claim 8, wherein constructing the corresponding client application does not generate any database-specific code.

11. (New) The method of claim 2, wherein constructing the corresponding client application does not depend on any restrictions to the configuration of relationships among the tables.

12. (New) The method of claim 2, wherein constructing the corresponding client application does not depend on any foreknowledge of the configuration of relationships among the tables.

13. (New) The method of claim 2, wherein constructing the corresponding client application does not depend on any limitations to the nesting of relationships among the tables.

14. (New) The method of claim 2, wherein constructing the corresponding client application does not depend on any

limitations to the cardinality of relationships among the tables.

15. (New) The method of claim 2, wherein the corresponding client application applies the same rendering methodology to each table of the plurality of tables.

16. (New) The method of claim 2, wherein the corresponding client application supports the same functionality for every table of the plurality of tables.

17. (New) The method of claim 2, wherein the corresponding client application preserves and enforces referential integrity among the tables.

## REMARKS

### Introduction

The specification has been amended to address an alleged compact disc submission issue. Claim 1 has been previously cancelled without prejudice. Applicant hereby reserves the right to pursue the subject matter of any cancelled claim in one or more continuing applications. Claims 11-17 have been added. Claim 8 has been amended. Claims 2-7, 9, and 10 are also currently pending in the above-identified patent application. No new subject matter has been introduced and all amendments are fully supported by the application as originally filed.

An alleged compact disc submission issue has been identified.

Claims 8-10 have been rejected under 35 U.S.C. § 101 as allegedly being directed to a signal per se, pursuant to additional communications from the Examiner.

Claims 3, 4, 6, 7, 9, and 10 have been rejected under 35 U.S.C. § 112 as allegedly failing to comply with the written description requirement and as allegedly being indefinite.

Claims 2-10 have been rejected under 35 U.S.C. § 103 as allegedly being unpatentable over Hecht U.S. Patent No. 5,778,375 (hereinafter "Hecht") in view of Lei et al. U.S. Patent No. 6,487,552 (hereinafter "Lei").

A two-month extension of time in which to respond to the Non-Final Office Action mailed June 15, 2020 is respectfully requested. The required fee is being paid by credit card, but the Director is authorized to charge any underpayment or to credit any overpayment to Deposit Account No. 50-6007.

Reconsideration and allowance of this application in light of the following remarks is hereby respectfully requested.

Compact Disc Submission

To address the Examiner's alleged compact disc submission issue, the specification has been amended, and a computer program listing appendix in text format is being submitted via EFS-Web.

The Rejections Under 35 U.S.C. § 101

Claims 8-10 have been rejected under 35 U.S.C. § 101 as allegedly being directed to a signal per se. As suggested, applicant has amended claim 8 to overcome a minor alleged informality, which obviates these rejections. Therefore, applicant respectfully requests that the rejections of claims 8-10 under 35 U.S.C. § 101 be withdrawn.

The Rejections Under 35 U.S.C. § 112

Claims 3, 4, 6, 7, 9, and 10 have been rejected under 35 U.S.C. § 112 as allegedly failing to comply with the written description requirement and as allegedly being indefinite. Specifically, on page 4 of the Office Action, the Examiner alleges that the "constructing from the representations a corresponding client application" . . . "does not generate any table-specific code" or "does not generate any database-specific code" is not described in the specification in such a way as to reasonably convey to one skilled in the relevant art that the inventor(s), at the time the application was filed, had possession of the claimed invention and is indefinite. These rejections are respectfully traversed.

Applicant respectfully submits that the entirety of the filed source code, as mentioned in applicant's paragraphs [0025] and [0027], makes clear to one skilled in the art that no source code at all, let alone any "table-specific code" or "database-specific code," is generated by the reference implementation, but, rather, the same universal and unvarying source code responds at run time to its reading of the internally cached representation of a database structure to dynamically fashion and deliver a user interface that conforms to this structure, without requiring the generation of any intermediate source code for subsequent execution on the server in order to construct the corresponding client application. Applicant respectfully points to paragraphs [0006], [0008], [0098], and [0252]-[0258] of applicant's specification as well as to the following portions of the disclosed source code: "AddEditForm.jsp", "Browse.jsp", and "DoAddEdit.jsp" and the various servlets on which they depend, including, but not limited to, "TableDescriptor.java" and "TableDescriptorDisplay.java", as exemplary support.

Therefore, applicant respectfully requests that the rejections of claims 3, 4, 6, 7, 9, and 10 under 35 U.S.C. § 112 be withdrawn.

<u>The Rejections Under 35 U.S.C. § 103</u>

<u>Claims 2-4</u>

Claims 2-4 have been rejected under 35 U.S.C. § 103 as allegedly being unpatentable over Hecht in view of Lei. These rejections are respectfully traversed.

Applicant's independent claim 2 recites:

> A method for automatically generating a user interface, operating under control of a computer processor, for working with the data within a relational database, wherein the database is described by a data model comprising a plurality of tables, constraints, and relationships, and is stored within a relational database management system (RDBMS) accessible to the computer processor, the method comprising:
>
> (a) scanning the database to determine the tables, constraints, and relationships of the data model;
>
> (b) creating machine representations of the tables, constraints, and relationships; and
>
> (c) constructing from the representations a corresponding client application that provides:
>
> (i) a connection to the database;
>
> (ii) displays for creating, retrieving, updating, and deleting data within one or more of the tables; and
>
> (iii) mechanisms for representing, managing, and navigating the relationships between data records across related tables, wherein constructing the corresponding client application does not require any incremental human intervention on a per table basis.

Applicant respectfully directs the Examiner to the arguments presented with regard to Hecht in the parent (14/324,414), grandparent (13/385,913), great-grandparent (12/930,849), great-great-grandparent (11/925,236) and great-great-great-grandparent (10/428,209) applications. The Examiner allowed those related applications after having considered Hecht. In particular, the Examiner noted in the September 9, 2010 reasons for allowance of the great-great-grandparent application (U.S. Patent Application No. 11/925,236):

> The prior art of record does not teach or fairly suggest a relational database [that] comprises a

> plurality of tables, constraints and relationships stored in said DBMS in accordance with a data model comprising said tables . . ., said constraints, and the relationships . . .; and client application [that] provides a connection to said database, provides displays of the table contents . . ., [and] integrates . . . processes for representing, navigating, and managing said relationships across tables, . . . and for navigating across said tables . . ..

In fact, the teachings of Hecht and those of the applicant's application differ diametrically in several key respects. While both apply to relational databases (and thus make reference to "tables", "relationships", and "keys"), each targets a different aspect of the database, a different phase of the database-system lifecycle, and a different user-base, and operates in a manner that is essentially inverse to the other.

Hecht teaches a system that recommends changes to the <u>structure</u> (or schema) of a single database table, during the design phase, for use by database architects, in order to "normalize" that structure by breaking a single multi-column table up into a plurality of related, fewer-column tables. Applicant, on the other hand, teaches a system that acts on the <u>contents</u> of (or data contained within the schema of) a database, during the production phase, for use by data-entry personnel, to facilitate the creation, retrieval, updating, and deletion of data records by effectively "denormalizing" the underlying database structure to present a user interface that enriches and supports understanding of each table’s contents and relational dynamics by reincorporating related data from disparate tables into each table’s displays, and facilitating movement from one table’s records to connected records in other tables.

Simply put, Hecht teaches (as Hecht itself summarizes) "a method and apparatus for evaluating data from a record source in the database and recommending . . . a relational split of the record source in response to evaluating the data" (Hecht, at column 12, lines 30-33). Hecht provides a system in the form of a database design-analysis tool that can identify recommendations to split a single table structure into two or more related table structures. This may be desirable for two reasons: It eliminates redundant storage (thereby reducing the size of the database), and it enhances data quality (by preventing conflicting changes to different copies of the same data). At the same time, however, it also makes the contents of the database less user-friendly and more difficult for end-users to work with, because they must now constantly track, decode, and resolve cross-references among multiple tables (whereas in the original single-table design, all related data was visible "in one place" within a single record).

As the Examiner may be aware, this "normalization" is a data-modeling process for improving the efficiency of information storage. Oftentimes, data is initially captured into one large table, which can include a significant amount of redundant values and therefore be inefficient and error-prone. Normalization involves identifying redundant data so that it can be broken out into two or more separate tables. By removing redundant data to its own table, duplicative information is eliminated from the original table and replaced in each case with a comparatively small reference (e.g., a pointer, or "foreign key") to a single "shared" record in the new table. Properly applied, this process reduces storage requirements, increases speed of access, and eliminates opportunities for data corruption.

In FIGS. 2 and 3 of Hecht, the system determines that Employees data could be better stored by moving the (repetitive) department-related columns to a new Departments table. Department Number (or "Dept. Number") becomes a column in both tables, but each Department Number (along with its corresponding Department Name and Manager) appears only once in the new Department table, while (only) the Dept. Number value for each Employee record "points" to his corresponding department in the Department table (comprising a "foreign key" relationship). The advantage achieved here is the elimination of repeated Department Names and Managers throughout the Employee table, and the assurance that a Department Name or Manager need be updated only once, in one place, with such updates automatically applying globally to all affected Employees.

Conventionally, normalization is carried out manually by skilled database architects. Hecht discloses a method for carrying out normalization in an automated manner, based upon a statistical and heuristic analysis that identifies repetitive column data across multiple rows. The result of applying the method in Hecht is to automatically propose (and, optionally, carry out) the splitting of a given subject table into a plurality of more efficiently organized, interrelated tables. Hecht further teaches presenting this "split" as a recommendation for expert review, prior to making any structural changes to the database.

Accordingly, therefore, it should be apparent that Hecht, which concerns reorganizing the internal structure of a database, addresses an entirely different - if not literally opposite - problem from that addressed by the present application, which involves giving a user access, through a user interface, to the data contained within an already-existing (and

unchanging) database structure. Not only does Hecht fail to anticipate or obviate any of the claims of the present application, but in fact these claims are meant to address the very user-interface problems created (or further exacerbated) by Hecht (and by normalization more generally).

Hecht teaches interrogating the data within a single table (referred to by Hecht more generically as a "record source") and then analyzing that data statistically (for repetitiveness) in order to suggest how it might be split up into a plurality of tables that eliminates repetition. As a part of that process, Hecht suggests the creation of "key relationships" among the newly-separated tables (see, for example, Hecht's FIG. 14 and reference numbers 1410 and 1411).

However, Hecht's process of suggesting the creation of new tables and relationships based on the data within a single table is not at all similar to the present application, which instead involves integrating information from (and about) related tables into end-user displays based on the metadata that describes the structure of extant tables and the relationships among them. Nor is Hecht's process of interrogating the data within a single table (viz., in order to find opportunities for single-table decomposition into multiple related table structures, for the benefit of data architects) comparable to the present application, which instead interrogates the extant structure of tables and relationships throughout the entire database (viz., in order to form composite representations of data from related tables, and provide easy maneuvering across related table records, for the benefit of end-users).

In effect, the present application teaches how an end-user application can automatically "understand" a(n already) normalized database structure and apply that knowledge to

present a comprehensible user interface for everyday access to the data therein. This is essentially the opposite of Hecht, which provides no end-user access to the data within a database at all, but instead analyzes single-table data and applies that knowledge to present architectural recommendations for redesigning one table into several.

Hecht's tool helps to "normalize" a database, which means that it helps determine how columns should best be reorganized across tables for improved efficiency and reduced redundancy. However, neither the process of normalization in general, nor any further disclosures in Hecht, provide any support for applying a body of rules to interpret a data model and correlate same to a comprehensive UI paradigm for end-user data operations.

In sum, Hecht concerns a tool for *normalizing the structure of* a database *based on an analysis of the data it contains*, while applicant's disclosure concerns a system for *working with the data within* a database *based on an analysis of its already-normalized structure.*

On page 6 of the Office Action, the Examiner states that:

> Hecht discloses . . . (c) constructing from the representations a corresponding client application that provides displays for creating, retrieving, updating, and deleting data within one or more of the tables; and mechanisms for representing, managing, and navigating the relationships between data records across related tables (column 3, lines 5-11 and lines 44, - column 4, lines 26), wherein constructing the corresponding client application does not require any incremental human intervention on a per table basis (column 3, lines 11-15).

However, applicant respectfully submits that this is simply not true. Hecht does not provide for "creating, retrieving,

updating, and[/or] deleting data within one or more of the tables," as recited by applicant's independent claim 2. Instead, Hecht only provides for scanning a table's extant contents so as to prepare suggestions for a database designer/administrator on how they might better restructure the table itself (as opposed to the data within). Similarly, Hecht does not in any way address "mechanisms for representing, managing, and navigating the relationships between data records across related tables", as recited by applicant's independent claim 2, given that Hecht operates solely on single tables whose data does not (yet) even span related tables.

Lei does not cure any of these deficiencies in Hecht. Instead, Lei is merely directed to providing a sort of "man-in-the-middle" mechanism for mediating access permissions to different users against the same database, based on attributes associated with the users. Nowhere does Lei show or suggest any application or user interface system at all.

For at least the reasons set forth above, applicant respectfully submits that applicant's independent claim 2 and all claims dependent therefrom, including claims 3, 4, and 11-17, are allowable. Accordingly, applicant respectfully requests that the rejections of claims 2-4 be withdrawn.

Claims 5-7

Claims 5-7 have been rejected under 35 U.S.C. § 103 as allegedly being unpatentable over Hecht in view of Lei. These rejections are respectfully traversed.

Applicant's independent claim 5 recites:

> A computer-implemented system for automatically generating a user interface for working with the data within a relational database, wherein the database is described by a data model comprising a plurality of tables, constraints, and relationships, and is stored within a relational database management system (RDBMS) accessible to a computer processor of a server, the server further comprising:
>
> (a) machine-readable routines for scanning the database to determine the tables, constraints, and relationships of the data model;
>
> (b) machine-readable routines for creating machine representations of the tables, constraints, and relationships; and
>
> (c) machine-readable routines for constructing from the representations a corresponding client application that provides:
>
> (i) a connection to the database;
>
> (ii) displays for creating, retrieving, updating, and deleting data within one or more of the tables; and
>
> (iii) mechanisms for representing, managing, and navigating the relationships between data records across related tables, wherein constructing the corresponding client application does not require any incremental human intervention on a per table basis.

For at least the same reasons that applicant's independent claim 2 is allowable, applicant respectfully submits that applicant's independent claim 5 and all claims dependent therefrom, including claims 6 and 7, are also allowable. Accordingly, applicant respectfully requests that the rejections of claims 5-7 be withdrawn.

<u>Claims 8-10</u>

Claims 8-10 have been rejected under 35 U.S.C. § 103 as allegedly being unpatentable over Hecht in view of Lei. These rejections are respectfully traversed.

Applicant's amended independent claim 8 recites:

> A non-transitory computer-readable storage medium containing a set of instructions for a general purpose computer, for automatically generating a user interface for working with the data within a relational database, wherein the database is described by a data model comprising a plurality of tables, constraints, and relationships, said set of instructions comprising:
>
> (a) a routine for scanning the database to determine the tables, constraints, and relationships of the data model;
>
> (b) a routine for creating machine representations of the tables, constraints, and relationships; and
>
> (c) a routine for constructing from the representations a corresponding client application that provides:
>
> (i) a connection to the database;
>
> (ii) displays for creating, retrieving, updating, and deleting data within one or more of the tables; and
>
> (iii) mechanisms for representing, managing, and navigating the relationships between data records across related tables, wherein constructing the corresponding client application does not require any incremental human intervention on a per table basis.

For at least the same reasons that applicant's independent claim 2 is allowable, applicant respectfully submits that applicant's amended independent claim 8 and all claims dependent therefrom, including claims 9 and 10, are also allowable. Accordingly, applicant respectfully requests that the rejections of claims 8-10 be withdrawn.

Conclusion

In view of the foregoing, applicant respectfully submits that claims 2-17 are allowable. This application is therefore in condition for allowance. Reconsideration and prompt allowance of this application are respectfully requested. Should the Examiner not agree, then a telephonic interview is respectfully requested to discuss any remaining issues in an effort to expedite the allowance of this application.

Respectfully submitted,

Date: November 16, 2020

/Jeffrey C. Aldridge/
Jeffrey C. Aldridge
Registration No. 51,390
Attorney for Applicant
VAN COURT & ALDRIDGE LLP
Customer No. 111377
195 Montague Street
10th floor #1031
Brooklyn, NY 11201
Tel.: (347) 470-6620