UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MICHAEL PHILIP KAUFMAN<br><br>Plaintiff,<br><br>v.<br><br>ZOHO TECHNOLOGIES CORPORATION,<br><br>Defendant. | Civil Action No. 25-cv-01082-RP |

**DECLARATION OF RONALD ABRAMSON IN SUPPORT OF PLAINTIFF'S RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Ronald Abramson, Esq., declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney at law and partner with the firm Liston Abramson LLP, attorneys for Plaintiff Michael Philip Kaufman ("Kaufman") in the above-referenced action. I submit this Declaration in support of Kaufman's Responsive Claim Construction Brief.

2. A true and correct copy of excerpts from the transcript of a January 16, 2020 hearing before the Hon. Alvin K. Hellerstein in the case of *Kaufman v. Microsoft Corp.* (S.D.N.Y. Case No. 16-cv-2880 (AKH)) is attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 24, 2026

*/s/ Ronald Abramson*
Ronald Abramson