AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Texas

Michael Philip Kaufman
*Plaintiff*
v.
Zoho Technologies Corporation
*Defendant*

Case No. 1:25-cv-001082-RP

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Zoho Technologies Corporation .

Date: October 6, 2026

s/ Joseph D. Gray
*Attorney's signature*

Joseph Gray TX 24045970
*Printed name and bar number*

548 Market St., Suite 36117
San Francisco, CA 94104
*Address*

joey@martonribera.com
*E-mail address*

512.983.7959
*Telephone number*

*FAX number*

Print | Save As... | Reset