IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| MICHAEL PHILIP KAUFMAN, | § | |
| Plaintiff, | § | |
| v. | § | Case No. 1:25-cv-01082-RP |
| ZOHO TECHNOLOGIES CORPORATION, | § | |
| Defendant. | § | |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Plaintiff Michael Philip Kaufman ("Plaintiff" or "Kaufman") and Defendant Zoho Technologies Corporation ("Defendant" or "Zoho") (collectively, the "Parties") hereby submit this Joint Claim Construction and Prehearing Statement. The Asserted Patents are U.S. Patent Nos. 7,885,981 (the "'981 patent"), 10,977,220 ("the "'220 patent"), and 10,025,801 (the "'801 patent").

**A. Parties' Agreed-Upon Constructions**

The Parties agree to the following constructions:

The Parties agree that the preambles are limiting.

| Claim Term | Agreed Construction |
|---|---|
| **"database"**<br><br>'981 patent, claims 1, 2, 4, 5;<br>'220 patent, claims 1, 3, 11, 13, 14;<br>'801 patent, claims 1, 5 | An organized collection of data. |
| **"relational database"**<br><br>'981 patent, claims 1, 4, 5;<br>'220 patent, claims 1, 11, 14;<br>'801 patent, claims 1, 5 | A database having multiple tables where a relationship specifies how a field in one table relates, explicitly or by implication, to a field in another. |

| Claim Term | Agreed Construction |
|---|---|
| **"database table"**<br><br>'981 patent, claims 1, 4, 5 | A collection of data about a subject arranged in columns and rows, where the columns (fields) identify characteristics for the subject of the table, and rows (records) represent data values for each field for an instance of that subject. |
| **"'create' mode"**<br><br>'981 patent, claims 1, 4, 5 | A mode of user interaction through which a user may insert a new record (row) into a database table. |
| **"'retrieve' mode"**<br><br>'981 patent, claims 1, 4, 5 | A mode of user interaction through which a user may call up one or more records from the database. |
| **"'update' mode"**<br><br>'981 patent, claims 1, 4, 5 | A mode of user interaction through which a user may modify (edit) the data within a record of a database table. |
| **"'delete' mode"**<br><br>'981 patent, claims 1, 4, 5 | A mode of user interaction through which a user may eliminate a record from a database table. |

### B. Proposed Constructions of Disputed Terms

Plaintiff's and Defendant's proposed constructions of disputed terms are found in the table below.

| Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| **"automatic(ally)" / "automatically generating" / "automatically construct"**<br><br>'981 patent, claims 1, 4, 5; '220 patent, claims 1, 11, 14; '801 patent, claims 1, 5 | "No separate developer input is required." | "automatically generating an [end-] user interface" - generating an end user interface without any custom software programming or any other user intervention by performing steps (a), (b), and (c) after an end user trigger ('981 patent, claims 1, 4, 5; '220 patent, claims 1, 11, 14)<br><br>"automatically construct [a representation of data from a row of the primary table]" - construct without any custom software programming or any other user intervention ('801 patent, claims 1, 5) |

| Claim Term | Plaintiff's Proposed Construction | Defendant's Proposed Construction |
|---|---|---|
| **"data model"**<br><br>'981 patent, claims 1, 4, 5; '220 patent, claims 1, 11, 14 | Plain and ordinary meaning as set forth in the claim: "a data model comprising tables and their column-complements and datatypes, constraints, and the relationships across tables" ('981 patent, claims 1, 4, 5)<br><br>"a data model comprising a plurality of tables, constraints, and relationships" ('220 patent, claims 1, 11, 14) | "organizational structure for the complement of tables, their columns and datatypes, constraints and relationships used by the backend (i.e. the RDBMS) for storing data" |
| **"scan[ning] said database"**<br><br>'981 patent, claims 1, 4, 5; '220 patent, claims 1, 11, 14 | Plain and ordinary meaning | "read[ing] through the data model of the RDBMS without using preexisting knowledge of its structure" |
| **"apply[ing] a body of rules to determine the table structures, constraints and relationships of said data model"**<br><br>'981 patent, claims 1, 4, 5 | Plain and ordinary meaning | "interpret[ing], with a body of rules, all table structures, constraints, and relationships of the data model of the RDBMS" |
| **"construct a corresponding client application"**<br><br>981 patent, claims 1, 4, 5; '220 patent, claims 1, 11, 14 | Plain and ordinary meaning | "generate[-ing] a corresponding front-end program without any custom software programming" |

### C. Technology Tutorial

Pursuant to the Scheduling Order (Dkt. No. 32), the Parties had the opportunity to submit optional technical tutorials to the Court by September 3, 2026. Plaintiff submitted his technical tutorial on September 3, 2026, and Defendant did not submit a technical tutorial.

### D. Witnesses

The Parties do not expect to call any witnesses at the claim construction hearing.

### E. Other Issues for a Prehearing Conference

None.

Dated: October 29, 2026

By: */s/ Ronald Abramson*

Ronald Abramson (NY 1457126) (*pro hac vice*)
ron.abramson@listonabramson.com
David G. Liston (NY 2642049) (*pro hac vice*)
david.liston@listonabramson.com
Ari J. Jaffess (NY 4621397) (*pro hac vice*)
ari.jaffess@listonabramson.com
Alex G. Patchen (NY 4246021) (*pro hac vice*)
alex.patchen@listonabramson.com
M. Michael Lewis (NY 4467007) (*pro hac vice*)
michael.lewis@listonabramson.com
Gina K. Kim (Texas Bar No. 24097937)
gina.kim@listonabramson.com
**Liston Abramson LLP**
The Chrysler Building
405 Lexington Avenue, 46th Floor
New York, NY 10174
212-257-1630

Wasif H. Qureshi (Texas Bar No. 24048155)
wqureshi@jw.com
**Jackson Walker LLP**
1401 McKinney, Suite 1900
Houston, Texas 77010
Telephone: (713) 752-4521

**COUNSEL FOR PLAINTIFF MICHAEL PHILIP KAUFMAN**

Dated: October 29, 2026

By: _/s/ Ryan J. Marton_

Ryan J. Marton (*pro hac vice*)
Phillip J. Haack (CA 262060, admitted W.D. Tex.)
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone: (415) 360-2515
Email: ryan@martonribera.com
phaack@martonribera.com

Darryl J. Adams (Texas Bar No. 00796101)
SLAYDEN GRUBERT BEARD PLLC
401 Congress Ave., Ste. 1650
Austin, TX 78701
Tel: 512.402.3562
Email: dadams@sgbfirm.com

Counsel for Defendant Zoho Technologies Corporation

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served on the counsel of record via the CM/ECF system on October 29, 2026.

By: */s/ Gina K. Kim*
Gina K. Kim